

Order Filed on
4/1/2014
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

BARRY E. LEVINE, LLC
101 GIBRALTAR DRIVE SUITE 2-F
MORRIS PLAINS, NJ 07950
(973) 538-2084
Attorney for defendant Peter Ouda

In Re:
ELLIOT KOPLITZ, debtor

FOX & MELOFCHIK, LLC
             V.
ELLIOT KOPLITZ, ET AL

Case No.: 13-21343

Adv. No.: 13-1928

Hearing Date: March 4, 2014 @ 10am

Judge: Kathryn C. Ferguson

## ORDER DISMISSING ADVERSARY COMPLAINT

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: 4/1/2014**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1. Defendant Peter A. Ouda's Motion to dismiss the adversary complaint is hereby granted

2. A copy of this Order shall be served on all counsel within __5__ days of the date hereof.

_____
KATHRYN C. FERGUSON, U. S. B. J.